# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| ADIA, LLC , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>NICHOLAS A. ARQUETTE , et al.<br><br>DEFENDANT(S). | 2:15–cv–05679<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____          ____        ____

Date Filed         Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: July 28, 2015          By:  /s/ *Estrella Tamayo*
                                         Deputy Clerk